IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                                CRIMINAL 12-0860CCC

GREGORIO SANTIAGO-SANTIAGO

Defendant

## ORDER

Having considered the Report and Recommendation filed on May 16, 2013 (**docket entry 22**) on a Rule 11 proceeding of defendant Gregorio Santiago-Santiago held before U.S. Magistrate Judge Marcos E. López on May 14, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 14, 2013.  The **sentencing hearing is set for August 14, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on June 6, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge